# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** Framingham     **Category No.** II     **Investigating Agency** DEA

**City** Framingham
**County** Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant _____
Magistrate Judge Case Number: 24-mj-1194-DLC
Search Warrant Case Number: See below
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____     ☐ Yes ☑ No

**Defendant Information:**
Defendant Name: Junior Arias Dejesus     Juvenile: ☐ Yes ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
Alias Name: _____
Address: Framingham, MA
Birth date (Yr only): 1994     SSN (last 4#): 7135     Sex: M     Race: White     Nationality: USA
**Defense Counsel if known:** Paul Garrity     Address: 14 Londonderry Road
Bar Number: _____     Londonderry, NH 03053

**U.S. Attorney Information**
AUSA: Stephen Hassink     Bar Number if applicable: _____

**Interpreter:** ☑ Yes  ☐ No     List language and/or dialect: Spanish
**Victims:** ☐ Yes  ☑ No     If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No
**Matter to be SEALED:** ☐ Yes  ☑ No
☐ Warrant Requested     ☐ Regular Process     ☑ In Custody

**Location Status:**
**Arrest Date:** 4/8/2024
☑ Already in Federal Custody as of  4/8/2024  in  Wyatt .
☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint     ☐ Information     ☑ Indictment
**Total # of Counts:**  ☐ Petty ___     ☐ Misdemeanor ___     ☑ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/7/2024     Signature of AUSA: /s/ Stephen Hassink

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Junior Arias Dejesus

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl, 100 Grams or More of p-Fluorofentanyl, 50 Grams or More of Methamphetamine, and 50 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), (b)(1)(A)(viii), and (b)(1)(B)(viii) | Possession with Intent to Distribute 400 Grams or More of Fentanyl, 100 Grams or More of p-Fluorofentanyl, 50 Grams or More of Methamphetamine, and 50 Grams or More of a Mixture and Substance Containing Methamphetamine | 2 |
| Set 3 | 18 U.S.C. § 924 | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | 3 |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) | Firearm forfeiture allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See 22-1330-1331-DLC,
22-1228-1231-DLC,
23-1210-1211-DLC,
24-1106-1107-DLC,
22-1316-1318-DLC, and
24-1194-1195-DLC.


**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

- **Place of Offense:** Framingham
- **Category No.** II
- **Investigating Agency** DEA
- **City** Framingham
- **County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf.: _____ Case No.: _____
- Same Defendant: _____ New Defendant: _____
- Magistrate Judge Case Number: 24-mj-1194-DLC
- Search Warrant Case Number: See below
- R 20/R 40 from District of: _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

**Defendant Information:**
- Defendant Name: Karolayn Eusebio
- Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name:
- Address: Framingham, MA
- Birth date (Yr only): 1996
- SSN (last 4#): 2572
- Sex: F
- Race: Black
- Nationality: USA
- Defense Counsel if known: Daniel Cloherty
- Address: One Financial Center Suite 1120, Boston MA 02111
- Bar Number:

**U.S. Attorney Information**
- AUSA: Stephen Hassink
- Bar Number if applicable:

- **Interpreter:** ☐ Yes ☑ No — List language and/or dialect: _____
- **Victims:** ☐ Yes ☑ No — If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☐ Warrant Requested   ☑ Regular Process   ☐ In Custody
- **Location Status:**
- **Arrest Date:** 4/8/2024

- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- ☑ On Pretrial Release: Ordered by: MJ Cabell on 4/8/2024

- **Charging Document:** ☐ Complaint   ☐ Information   ☑ Indictment
- **Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 5/7/2024   Signature of AUSA: /s/ Stephen Hassink

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Karolayn Eusebio

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 400 Grams or More of Fentanyl, 100 Grams or More of p-Fluorofentanyl, 50 Grams or More of Methamphetamine, and 50 Grams or More of a Mixture and Substance Containing Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See 22-1330-1331-DLC,
22-1228-1231-DLC,
23-1210-1211-DLC,
24-1106-1107-DLC,
22-1316-1318-DLC, and
24-1194-1195-DLC.

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013